# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1203
Lower Tribunal No. 93-CF-106A1XX-XX

_____

THOMAS BYRON WADE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

August 4, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and BROWNLEE and GANNAM, JJ., concur.


Thomas Byron Wade, Okeechobee, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED